UNITED STATES of America,
Plaintiff–Appellee,

v.

Jimmy JOSEPH, Defendant–Appellant.

No. 10–15323
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

July 25, 2011.

Wifredo A. Ferrer, U.S. Attorney, Anne R. Schultz, U.S. Attorney's Office, Miami, FL, Terry Lamar Lindsey, U.S. Attorney's Office, Fort Lauderdale, FL, for Plaintiff–Appellee.

Jimmy Joseph, Miami, FL, pro se.

Before WILSON, MARTIN and BLACK, Circuit Judges.

PER CURIAM:

Thomas John Butler, appointed counsel for Jimmy Joseph in this direct criminal appeal, has moved to withdraw from further representation of Joseph and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Joseph's convictions and sentences are **AFFIRMED.**